# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2008

136224

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re CASEY ALEXANDER O'BERRY and
KYLE MICHAEL O'BERRY,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

NATHAN ALLEN O'BERRY
      Respondent-Appellant.

SC: 136224
COA: 279493
Oakland CC Family Division:
07-729356-NA

_____/

     On order of the Court, the application for leave to appeal the March 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2008

_____
Clerk

s0429